ACCEPTED
01-15-00716-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/18/2015 4:37:46 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00716-CV

IN THE

FIRST COURT OF APPEALS

AT HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/18/2015 4:37:46 PM
CHRISTOPHER A. PRINE
Clerk

---

ZIMAC CARE CENTER, INC., VIRGINIA AKUCHIE, ET AL,
Appellants,

V.

NGOZI NWEZE
Appellee

---

On Appeal from the 127th Judicial District Court
Harris County, Texas
Cause No. 2011-52006

---

**APPELLANTS' MOTION FOR EXTENSION OF TIME
TO FILE APPELLANTS' BRIEF**

Respectfully submitted,

/s/Kurt G. Clarke

Kurt G. Clarke
SBN: 04316720
6200 Savoy, Ste. 458
Houston, Texas 77036
Tel: (713) 779-5500
Fax: (713) 779-6668
E-mail: kgclaw@aol.com
Attorney for Appellants

NO. 01-15-00716-CV

IN THE

FIRST COURT OF APPEALS

AT HOUSTON, TEXAS

---

ZIMAC CARE CENTER, INC., VIRGINIA AKUCHIE, ET AL,
Appellants,

V.

NGOZI NWEZE
Appellee

---

On Appeal from the 127th Judicial District Court
Harris County, Texas
Cause No. 2011-52006

---

## APPELLANTS' MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF

TO THE HONORABLE COURT OF APPEALS:

**COME NOW, ZIMAC CARE CENTER, INC., VIRGINIA**

**AKUCHIE, ET AL,** Appellants in the above styled and numbered case and

under the authority of Tex.R.App.P. 10.5(b) asks the Court to extend time to file

Appellants' brief.

1.     Appellants' brief was due on or about November 5, 2015.

2. Appellants request an additional thirty (30) days to file the brief; that is an extension of time until December 4, 2015.

3. Reasonable explanation of the need for more time to file Appellee's brief exists in that:

   a. Appellants' counsel is solo-practitioner;

   b. Appellee's counsel had to travel out of the country for important personal business beginning on November 17, 2015. Exhibit A.

   c. Prior to leaving the country, Counsel for Appellant was actively engaged in litigating cases in the district and county courts of Harris and Fort Bend Counties.

4. This is Appellants' first Request for an extension of time to file the brief.

5. This extension of time to file Appellants' brief is not sought for delay, but is necessary so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Appellants, pray the court grant an extension of time allowing Appellants thirty (30) days extension to file the brief. Appellants request any further relief to which it may be justly entitled.

Respectfully submitted,

/s/Kurt G. Clarke

_____

Kurt G. Clarke
SBN: 04316720
6200 Savoy, Ste. 458
Houston, Texas 77036
Tel: (713) 779-5500
Fax: (713) 779-6668
E-mail: kgclaw@aol.com
Attorney for Appellants

## CERTIFICATE OF CONFERENCE

I hereby certify that this motion was discussed with Appellee's attorney, Ms. Robin Bluitt on November 18, 2015.   Ms. Bluitt is "opposed" to an extension of time.   Exhibit B.

/s/Kurt G. Clarke

_____

Kurt G. Clarke

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded on this the 18th day of November, 2015, either by E-service provider, telecopier, first class mail, certified mail, return receipt requested and/or by messenger to:

Robin A. Bluitt
11152 Westheimer #671
Houston, Texas 77042
Fax # (713) 978-6064
E-mail: atty.bluitt@sbcglobal.net

/s/ Kurt G. Clarke

_____
Kurt G. Clarke

| | | **Depart** | **Arrive** |
|---|---|---|---|
| **UNITED** 〰 | | (IAH) Houston George Bush Intercontinental Ap, US | (POS) Port of Spain, TT |
| United Airlines | | 17-Nov-15 (Tue) 01:41pm | 17-Nov-15 (Tue) 09:10pm |
| | | Flight Time : 05hr 29min | Class : Economy |
| | | Stops : nonstop | Aircraft : Boeing 737-800 |

| | **Flight BW601** | **Depart** | **Arrive** |
|---|---|---|---|
| *Caribbean Airlines* 〰 | | (POS) Port of Spain, TT | (GEO) Georgetown, GY |
| Caribbean Airlines | | 18-Nov-15 (Wed) 06:10am | 18-Nov-15 (Wed) 07:20am |
| | | Flight Time : 01hr 10min | Class : Economy |
| | | Stops : nonstop | Aircraft : Boeing 737-800 |

| | **Flight BW460** | **Depart** | **Arrive** |
|---|---|---|---|
| *Caribbean Airlines* 〰 | | (GEO) Georgetown, GY | (POS) Port of Spain, TT |
| Caribbean Airlines | | 01-Dec-15 (Tue) 03:50pm | 01-Dec-15 (Tue) 05:00pm |
| | | Flight Time : 01hr 10min | Class : Economy |
| | | Stops : nonstop | Aircraft : Boeing 737-800 |

| | **Flight UA1459** | **Depart** | **Arrive** |
|---|---|---|---|
| **UNITED** 〰 | | (POS) Port of Spain, TT | (IAH) Houston George Bush Intercontinental Ap, US |
| United Airlines | | 02-Dec-15 (Wed) 09:15am | 02-Dec-15 (Wed) 01:25pm |
| | | Flight Time : 06hr 10min | Class : Economy |
| | | Stops : nonstop | Aircraft : Boeing 737-800 |

TICKET TYPE

**E-ticket(s)**

PRICE SUMMARY

| 1 Adult(s) | $ 652.00 |
|---|---|
| Taxes and agent-imposed Fees | $ 88.00 |
| **Total** | **$ 740.00 USD** |

NOTE: The Total displayed reflects the total cost of the original booking only and does not include any charges associated with subsequent changes.

\* Charged on your Credit Card:
**United Airlines**     $ 740.00 USD

**EXHIBIT**

A

**From:** *Robin Bluitt <atty.bluitt@sbcglobal.net>*
**To:** *kgclaw <kgclaw@aol.com>*
**Subject:** *Re: Zimac v. Nweze - Appeal*
**Date:** *Wed, Nov 18, 2015 1:36 pm*

Mr. Clarke,

Please let me know your position on this untimely appeal motion to dismiss. I oppose the "extension of time to file defendants' brief."

Sent from my iPhone

On Nov 18, 2015, at 12:02 PM, "kgclaw@aol.com" <kgclaw@aol.com> wrote:

Dear Ms. Bluitt:

I intend to file a Motion to Extend time to file Appellant's Brief.

Kindly notify me of your position.

I look forward to hearing from you soon.

Kurt

Law Offices of
Kurt G. Clarke
Attorney at Law
Regency Square Tower
6200 Savoy, Suite 458
Houston, Texas 77036
Tel. (713)779-5500
Fax. (713)779-6668
Email: kgclaw@aol.com

**EXHIBIT**

B

**From:** *Robin Bluitt <atty.bluitt@sbcglobal.net>*
**To:** *kgclaw <kgclaw@aol.com>*
**Subject:** *Re: Zimac v. Nweze - Appeal*
**Date:** *Wed, Nov 18, 2015 12:24 pm*

I plan to file a motion to dismiss due to the untimely appeal. The last day to appeal was the 14th. The appeal was filed on the 18th.

Sent from my iPhone

On Nov 18, 2015, at 12:02 PM, "kgclaw@aol.com" <kgclaw@aol.com> wrote:

Dear Ms. Bluitt:

I intend to file a Motion to Extend time to file Appellant's Brief.

Kindly notify me of your position.

I look forward to hearing from you soon.

Kurt

Law Offices of
Kurt G. Clarke
Attorney at Law
Regency Square Tower
6200 Savoy, Suite 458
Houston, Texas 77036
Tel. (713)779-5500
Fax. (713)779-6668
Email: kgclaw@aol.com